**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RONALD GOODE,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL NUTTER; LOUIS GIORLA;** | : | **No. 11-6420** |
| **JOHN DELANEY; and MICHELE** | : | |
| **FARRELL** | : | |

## ORDER

      AND NOW, this 18th day of September, 2015, upon consideration of plaintiff's "Amended Complaint," defendants' "Second Motion to Dismiss for Failure to State a Claim," plaintiff's "Opposition to Defendants Motion to Dismiss Plaintiff's Amended Complaint," and plaintiff's "Challenging Memorandum of Law in Support of Defendants' Second Motion to Dismiss for Failure to State a Claim," and for the reasons set forth in the accompanying memorandum of today's date, it is **ORDERED** that:

      1.  Defendants' "Second Motion to Dismiss for Failure to State a Claim" (paper no. 23) is **GRANTED** as to Michael Nutter, Louis Giorla, and John Delaney.

      2.  Plaintiff is given leave to file and serve a second amended complaint stating a plausible claim consistent with the court's opinion against defendants under 42 U.S.C. § 1983 **on or before October 19, 2015**.  Failure to do so will result in dismissal of the action.

                                          */s/ Norma L. Shapiro*

                                                                    J.