IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GOODE, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 11-6420 |
| MICHAEL NUTTER, et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 8th day of August 2017, upon consideration of Defendants' Motion to
Dismiss (Doc. No. 42), it is **ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. No. 42) is **GRANTED**.

2. The above-captioned case against Defendants is **DISMISSED**.

3. The Clerk of Court shall close this case for statistical purposes.


BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.